# EXHIBIT C

## Subject Property

| Location | Rural | Currently Listed | No |
| --- | --- | --- | --- |
| Property Type | Single Family-Detached | Previously Listed in last 6 mos. | No |
| Occupancy | Occupied | Listing Company | |
| Fair Market Rent (All Units) | $3,000 | List Company Phone | |
| Red Flags | ☐ Damaged  ☐ Construction | Days on Market | |
| | ☐ Environmental  ☐ Zoning | List Status | |
| | ☐ Market Activity  ☐ Boarded | | |
| | ☐ Stigma  ☐ Subject Not Visible | Original List Price | |
| | ☐ Other  ☑ None | Last Known Sale Date | 12/23/2019 |
| | | Last Known Sale Price | $10 |

| County | Dutchess | Zoning Code | R120 |
| --- | --- | --- | --- |
| APN | ██████████ | Zoning Description | Residential |
| Current Use | SFD | Zoning Compliance | Legal |
| Best Use. If no, explain | Yes | If Illegal, explain: | |

## Subject and Comparable Sales Characteristics

| Attribute | Subject | ☑ Comp Sale 1 | ☐ Comp Sale 2 | ☐ Comp Sale 3 |
| --- | --- | --- | --- | --- |
| Address | 2167 Route 82, Lagrangeville,NY 12540 | 39 S CROSS Lagrangeville, NY 12540 | 95 MEMORY Tr Lagrangeville, NY 12540 | 29 HUCKLEBERRY LN Hopewell Junction, NY 12533 |
| Proximity | | 0.73 Miles | 2.11 Miles | 2.83 Miles |
| Broker Inspected | | No | No | No |
| Comparability | | Equal | Equal | Equal |
| Style | Contemporary | Ranch | Colonial | Colonial |
| Condition | Average | Average | Average | Average |
| Construction | Framed | Framed | Framed | Framed |
| Year Built | 1987 | 1968 | 1998 | 1995 |
| Lot Size | 4.90 Acres | 4.30 Acres | 40510 Sq.Ft. | 1.30 Acres |
| # Units | 1 | 1 | 1 | 1 |
| GLA | 2296 | 1676 | 2437 | 2136 |
| Room Count | 7 | 7 | 8 | 8 |
| Bed Count | 3 | 3 | 4 | 4 |
| Bath Count | 2.0 | 2.0 | 2.1 | 2.1 |
| Basement | Full | Full | Full | Partial |
| BG SqFt | 1000 | 1200 | 1200 | 500 |
| Basement Finished % | 0 | 0 | 0 | 0 |
| Basement included in GLA | No | No | No | No |
| Garage/Carport | Attached | Attached | Attached | Attached |
| Number of Stalls | 2 | 3 | 2 | 2 |
| Parking | Off-Street | Off-Street | Off-Street | Off-Street |
| Pool | No | No | No | No |
| View | Residential | Residential | Residential | Residential |
| Waterfront | No | No | No | No |
| Data Source | Tax Record/Assessor | MLS | MLS | MLS |
| Finance Type | | Conventional | Conventional | Conventional |
| Sale Type | | Owner/Resale | Owner/Resale | Owner/Resale |
| Sale Date | | 8/22/2019 | 4/10/2019 | 5/29/2019 |
| DOM | | 20 | 62 | 57 |
| Original List Price | | $419,000 | $449,900 | $474,900 |
| List Price at Sale | | $419,000 | $449,900 | $474,900 |
| Sales Price | | $418,500 | $435,000 | $460,000 |
| $/Sq Ft (As-Is) | 191 | 250 | 178 | 215 |

## Sales Comments / Sale Concessions

| Comp Sale 1 | Comps are similar in age, square foot, style and design and location. Adjustment should be made for lot size, garage |
| --- | --- |
| Comp Sale 2 | Comps are similar in age, square foot, style and design and location. Adjustment should be made for bedroom, 1/2 bath, lot size |

## Subject and Comparable Listing Characteristics

| Attribute | Subject | Comp List 1 | Comp List 2 | Comp List 3 |
|---|---|---|---|---|
| Address | 2167 Route 82, Lagrangeville,NY 12540 | 68 ALLEY RD Lagrangeville, NY 12540 | 30 ROLLING GREEN Wappingers Falls, NY 12590 | 36 RYMPH Lagrangeville, NY 12540 |
| Proximity | | 0.61 Miles | 2.85 Miles | 1.14 Miles |
| Broker Inspected | | No | No | No |
| Comparability | | Equal | Equal | Equal |
| Style | Contemporary | Contemporary | Colonial | Cape |
| Condition | Average | Average | Average | Average |
| Construction | Framed | Framed | Framed | Framed |
| Year Built | 1987 | 1988 | 1986 | 2004 |
| Lot Size | 4.90 Acres | 4 Acres | 1.80 Acres | 4 Acres |
| # Units | 1 | 1 | 1 | 1 |
| GLA | 2296 | 3221 | 2592 | 2268 |
| Room Count | 7 | 9 | 8 | 8 |
| Bed Count | 3 | 4 | 4 | 4 |
| Bath Count | 2.0 | 4.1 | 2.1 | 3.0 |
| Basement | Full | None | Full | Full |
| BG SqFt | 1000 | | 1200 | 1700 |
| Basement Finished % | 0 | 0 | 0 | 0 |
| Basement included in GLA | No | No | No | No |
| Garage/Carport | Attached | Detached | Attached | Attached |
| Number of Stalls | 2 | 2 | 2 | 3 |
| Parking | Off-Street | Off-Street | Off-Street | Off-Street |
| Pool | No | Yes | Yes | No |
| View | Residential | Residential | Residential | Residential |
| Waterfront | No | No | No | No |
| Data Source | Tax Record/Assessor | MLS | MLS | MLS |
| Finance Type | | Conventional | Conventional | Conventional |
| List Type | | Owner/Resale | Owner/Resale | Owner/Resale |
| List Date | | 11/16/2019 | 11/28/2019 | 10/16/2019 |
| DOM | | 37 | 25 | 68 |
| Pending | | No | No | No |
| Original List Price | | $450,000 | $465,000 | $498,000 |
| Current List Price | | $450,000 | $465,000 | $474,600 |
| $/Sq Ft (As-Is) | 191 | 140 | 179 | 209 |

## Listing Comments / Pricing Concessions

| Comp Listing 1 | Comps are similar in age, square foot, style and design and location. Adjustment should be made for gla, bedroom, bathrooms, lot size, pool |
|---|---|
| Comp Listing 2 | Comps are similar in age, square foot, style and design and location. Adjustment should be made for bedroom, 1/2 bath, lot size, pool |
| Comp Listing 3 | Comps are similar in age, square foot, style and design and location. Adjustment should be made for bedroom, bathroom, lot size, garage |

## 90-120 DAY VALUE ESTIMATE

| As-Is | | Repaired | |
|---|---|---|---|
| Probable Sale Price | $438,000 | Probable Sale Price | $438,000 |
| List Price | $445,000 | List Price | $445,000 |

## QUICK SALE VALUE ESTIMATE

| Probable Quick Sale Price | $428,000 | Quick Sale Discount | 2.28 % |
|---|---|---|---|

## LAND VALUE ESTIMATE

## General Market Conditions

Current Market Conditions [ ] Excellent [ ] Improving [✓] Stable [ ] Slow [ ] Depressed

Employment Conditions [ ] Increasing [✓] Stable [ ] Decreasing

Market Values for this type of property have

[ ] Appreciated _____ % in the past _____ months

[ ] Depreciated _____ % in the past _____ months

[✓] Remained Stable for the past _____12_____ months

Price Range of ___32___ comparable sales in past 12 months   $256,000_____ to   $550,000_____

Price Range of ___14___ competitive listings on the market   $325,000_____ to   $675,000_____

Typical Marketing Time (DOM) ___90___   Marketing Time Trend [ ] Increasing [✓] Stable [ ] Decreasing

Current Inventory of this type of property [ ] Undersupply [✓] Balanced [ ] Oversupply

Estimated Occupancy of subject's neighborhood:   ___80___ % Owner   ___17___ % Tenant   ___3___ % Vacant

Median Monthly Market Rent : $3,000_____

Are REO/short sale sales/listings affecting the overall value of the subject's neighborhood? [ ] Yes [✓] No

REO Trend [ ] Increasing [✓] Stable [ ] Decreasing   Distressed Discount ___2___ %

Is there evidence of a disaster? [ ] Yes [✓] No   Date _____

Number of boarded or blocked up homes ___2___   Industrial within 0.25 miles [ ] Yes [✓] No

Neighborhood Description:

  Residential area near major highway, shopping, parks, restaurants and houses of worship.

General Comments about market conditions:

  The current market has stabilized over the last few months and prices have remained stable

## Subject Marketability

HOA? [ ] Yes [✓] No   HOA Name _____

HOA Contact _____   Phone Number _____

HOA Fee _____   HOA Fee Schedule _____   Fees Current? [ ] Yes [ ] No   Delinquent Amount _____

Fee Includes: [ ] Insurance [ ] Landscaping [ ] Pool [ ] Tennis [ ] Other _____

Any known litigation involving the HOA? [ ] Yes [ ] No

  If yes, explain: _____

Is the subject property currently impacted by a disaster? [ ] Yes [✓] No   Date _____   Type _____

Recommended Marketing Strategy [✓] As-Is [ ] Minimal Lender Required Repairs [ ] Repaired

Most Likely Buyer [✓] Owner Occupant [ ] Investor

Considering available indicators, the current occupant of the subject is most likely [✓] Owner [ ] Tenant [ ] Vacant

Does the subject conform to the neighborhood? [✓] Yes [ ] No

For the neighborhood, the subject is an: [ ] Under Improvement [✓] Appropriate Improvement [ ] Over Improvement

Is the subject's condition consistent with properties in the neighborhood? [✓] Yes [ ] No

Does the subject property appear to have been updated? [ ] Yes [✓] No

Does the subject property need emergency repairs? [ ] Yes [✓] No [ ] Unknown

  If yes, explain: _____

Does the subject property show evidence of vandalism? [ ] Yes [✓] No

  If yes, explain: _____

Are all types of financing available for the subject? [✓] Yes [ ] No

  If no, explain: _____

Describe any adverse environmental/safety conditions:

  None noted at time of exterior inspection

Positive attributes to marketability:

  House appears to be in average condition for the area

## Addendum

Due to the lack of similar sold comps in the subject's immediate area, I used a search criteria of 2,1000 sq ft with a 5 mile radius. It was also necessary to go back more than 6 months to find sold comps. The MLS supplied me with 8 comps. The comps provided seemed to be the most similar to the subject. Value reflects current market conditions.

| ESTIMATE OF REPAIRS | | | |
|---|---|---|---|
| **INTERIOR ITEMS** | | **EXTERIOR ITEMS** | |
| Interior Paint | $0 | Exterior Paint | $0 |
| Drywall/Plaster | $0 | Siding/Trim | $0 |
| Flooring | $0 | Roof | $0 |
| Electrical/Plumbing | $0 | Gutters/Downspouts | $0 |
| Kitchen | $0 | Exterior Doors | $0 |
| Bathrooms | $0 | Windows | $0 |
| Interior Doors | $0 | Structural | $0 |
| Heating/Cooling | $0 | Garage | $0 |
| Mold/Discoloration | $0 | Pool/Spa | $0 |
| Other (1) | $0 | Other (1) | $0 |
| Other (2) | $0 | Other (2) | $0 |

## CERTIFICATION  & LIMITING CONDITIONS OF SALES AGENT OR BROKER

I certify and hereby confirm:

The subject property inspection for a Broker Price Opinion, whether interior or exterior, is not a 'home inspection' and should not be construed as such. As part  of the valuation process the real estate agent performs a non-invasive visual inspection that is not intended to reveal defects or detrimental conditions that are not readily apparent. Any subsequently discovered defects or detrimental conditions could adversely affect the agent's opinion of value, and a reconsideration would be warranted. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction  in value that favors the cause  of the client, the dollar amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly  related to the intended use of this Broker Price Opinion.
- I did not base, either partially or completely, my analysis and/or the opinion of value in this report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- I have made a personal inspection of the property that is the subject of this report.
- By virtue of my license, experience and training, I satisfy the competency rule, have met the state and federal requirements for completing a Broker Price Opinion, and have the skills and knowledge to produce a credible and reliable value conclusion.
- I have met the education and continuing educational requirements for my license.
- I have followed the applicable laws and regulations of the state where I am licensed, as well as, all federal laws governing the completion of a Broker Price Opinion.

**SIGNATURE**

- Agent/Broker Name:  **Lori Kavanagh**
- License Number:  **35ka1167437**
- Licensing State:  **NY**
- Expiration Date:  **10/05/2021**
- Company Name:  **Lori Kavanagh LREB**
- Company Address:  **46 Robinson Ln, Wappingers Falls, NY. 12590**
- Distance from Subject:  **3.40 Miles**
- Telephone Number:  **845-797-3294**
- Email Address:  **Lorikavanagh@optonline.net**

- E- Signature:  *Lori Kavanagh*

## COMPLIANCE & DISCLAIMER

**Federal Compliance:**

This document is not an appraisal as defined by USPAP (Uniform Standards of Professional Appraisal Practice). If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.

**AERIAL MAP**



Distant Map

**AERIAL MAP**



Proximate Map

**FRONT VIEW**



**FRONT ANGLED VIEW**



**STREET VIEW**



**ADDRESS VERIFICATION**

## MAP



Map

## COMPARABLE SALE 1



Comparable Sale 1 - Page 1 of 2

Agent Full                                                                                    Page 1 of 2

**LORI KAVANAGH**                          **Residential Detached**                          **12/23/2019  4:33 P.M.**

**39 S CROSS , LAGRANGEVILLE, NY 12540**



I T R H W D 🏠                    S                    **$418,500**

| | | | |
|---|---|---|---|
| Listing #: | 383250 | BRs & Bths: | 3    2/0 |
| County: | DUT | Exterior: | Vinyl |
| Post Office: | LAGRANGEVILLE | Color: | |
| Township: | La Grange | Sub-Type: | SF |
| Zip Code: | 12540- | Style: | Rambler, Ranch |
| Subdivision: | NONE | Year Built: | 1968 |
| | | Above Grnd SF: | 1676 |
| School Dist: | ARLINGTON CENTRAL | Below Grnd SF: | 1267 |
| - High Sch: | ARLINGTON HIGH SCHOOL | Finished SF: | 2473 |
| - Middle Sch: | ARLINGTON MIDDLE SCHOOL | Unfinished SF: | 470 |
| - Elem Sch: | LA GRANGE ELEMENTARY SCHOOL | Total Square Feet: | 2943 |
| - Other Sch: | | Square Ft Source: | Approximate |
| Property Id #: | 133400006560000049264450000 | MBR 1st Level: | Y |
| New Const: | | | |

---

**Directions**

Route 55 to South Cross, House on Left #39

Map Page:                                                           Mapping:

| Room | Dimensions | Level | Room Sqft | Description | | Room Count | |
|---|---|---|---|---|---|---|---|
| Living Room: | | 1 | | | | # Rooms: | 9 |
| Dining Room: | | | | | | # Bedrooms: | 3 |
| Family Room: | | 1 | | | | Full Baths: | 2 |
| Den: | | | | | | Half Baths: | 0 |
| Kitchen: | | 1 | | | | Total Baths: | 2/0 |
| Master Bdrm: | | 1 | | | | | |
| Bedroom 1: | | | | | | # Of Stories: | 2 |
| Bedroom 2: | | 1 | | | | Hcp Mod: | |
| Bedroom 3: | | 1 | | | | # Fireplaces: | 1 |
| Bedroom 4: | | | | | | Warranty: | |
| Master Bath: | | 1 | | | | | |
| Bathroom1: | | | | | | Basement: | |
| Bathroom 2: | | 1 | | | | LARGE FINISHED BASEMENT WITH ACCESS TO A-2 CAR GAR W/ WO | |
| Bathroom 3: | | | | | | | |
| Library: | | | | | | Level 1 Desc: | |
| Game Room: | | | | | | OPEN CONCEPT, ALL NEW, HIGH END FINISHES! | |
| Play Room: | | | | | | | |
| Media Room: | | B | | | | Level 2 Desc: | |
| Office: | | | | | | | |
| In-Law Apt: | | | | | | | |
| Loft: | | | | | | Level 3 Desc: | |
| Foyer: | | | | | | | |
| Sunroom: | | | | | | Other Rooms: | |
| Workshop: | | | | | | Sun Room, Workshop | |
| Laundry: | | B | | | | | |
| Other: | | | | | | | |

---

**Features**

| | | | |
|---|---|---|---|
| Acceptable Fin: | Assumable, Cash, Conventional, FHA, VA | Amenities: | Bus Route, Park |
| Construction: | Block | Heating: | Central Heat, Forced Air, Gas, Heat pump, Propane, Zoned |
| Electricity: | 200+ Amps | Cooling: | Central Air, Heat pump |
| Roof: | Asphalt Shingles | Farms / Estates: | Barn |
| Foundation: | Block | Water / Sewer: | Septic, Well |
| Parking/Garage: | 3+ Cars, Attached, Carport, Detached, Garage, A 2Car Gar | Miscellaneous: | |
| Exterior Feat: | Barn, Landscaped, Outside Lighting, Patio, Storage Shed/Out Bldg | Other: | Listed in Another MLS |
| Interior Feat: | Electric dryer connection, Gas stove connection, Master Bath, Walk-In Closets, Washer connection | | |
| Basement: | Finished, Full, Garage access, Interior access, Sump pump, Walk-out | | |
| Appliances: | Dishwasher, Freezer, Microwave, Range, Refrigerator, Energy Star Appliances | | |
| Flooring: | Tile, Vinyl, Wood | | |
| Equipment: | Garage Door Opener, Smoke Detectors, Carbon Monoxide Detector | | |
| Lot Dim: | | Land Use: | | Acres: | 4.32 |
| Waterfront: | None | View Desc: | Mountain, Panoramic, Park-Like | Zoning: | |

Comparable Sale 1 - Page 2 of 2

Agent Full                                                                                          Page 2 of 2

| | | | | | |
|---|---|---|---|---|---|
| **Lot Desc:** | Level, Privacy, Sloping, Views, Wooded | **Fence:** | None | **Near or In Ag Dist:** | N |

### Remarks

NEW to the Market, Gorgeous Fully Renovated Open Concept Home Sitting on over 4 Acres. Upgrades include: ALL NEW High Efficiency Mechanicals, Central Air, New Roof, Energy Star- Kitchenaid Black Stainless Steel Appliances, Concrete inspired Granite Kitchen Tops, Eat in Kitchen, Gas Cook Top Stove, Large Living/Sun Room with Abundance of Natural Light, New Hardwood Floors throughout Main Level, 3 Bedrooms, 2 NEW Full Bathrooms w/ all new Fixtures, Subway Tiled Luxurious Showers, Large Walk in Master Closet, Fireplace, Large Finished Basement with Tall Ceilings, Level Yard, Plenty of Parking and Turn around Space, 2 Car Attached Garage with walkout, in addition to Approximately 1,400 SF Detached Garage & Carport with 17 Ft Ceilings with Water & Electric. Hiking & 4 Wheeler Trails in Back of Property, Mountain Views and So much More! MUST SEE. Less than 5 minutes to Taconic. 75 Miles to NYC. Close to Shopping, Medical Facilities, Grocery Stores, etc. WILL SELL FAST!

### Financial / Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| **Tax Amount:** | $9,181 | **School Tax:** | $6,113 | **Hyde Pk F/W Tax:** | |
| **Land Tax:** | $3,068 | **Village Tax:** | $0 | **Real Tax:** | |
| **Assess Value:** | $288,300 | **Tax Year:** | 2018 | **Exemption:** | Star Program |
| **HO Association:** | N | **Negotiate Through:** | LBRKR | **Sub Agent Comp:** | 0 |
| **HOA Fee:** | | **HOA Contact:** | | **Buyer's Agent Comp:** | 2.5% |
| **HOA Fee Includes:** | | | | **Broker s Agent Comp:** | 0 |
| **Foreclosure:** | N | **Short Sale:** | N | | |

### Office Information

| | | | | | |
|---|---|---|---|---|---|
| **List Office:** | AONENR | **List Office Name:** | ALL IN ONE REALTY LLC | **List Office Phone:** | 914 999-4700 |
| **List Agent Code:** | 10277 | **List Agent Name:** | DANIELLE MACCONEL | **List Agent Phone:** | 845 784-2420 |
| **List Agent 2 Code:** | | **List Agent 2 Name:** | | **List Agent 2 Phone:** | |
| **Buy Agent Auth:** | Y | **Owner Name:** | BRIGHT FUTURES CAPIT | **Appointment Phone:** | 800-746-9464 |
| **Date Listing Rec:** | | **Off Market Date:** | 7/30/2019 | **Listing Type:** | ER |
| **Listing Date:** | 7/10/2019 | **Update Date:** | 08/23/2019 | | |
| **Show Instructions:** | Lockbox, Show Any Time, Call Scheduling Service | | | **List Agent Email:** | daniellemacconel@gmail.com |
| **Lock Box Desc:** | COMBO | | | **Occupied:** | V |

### Confidential Remarks

Easy to show. Please remove shoes or wear shoe covers.

### Additional Information

| | | | | | |
|---|---|---|---|---|---|
| **Selling Office:** | C21 ALLIANCE REALTY GROUP | **Selling Agent:** | DIANE STEWART | **Original Price:** | $419,000 |
| **Closing Forms:** | | **Selling Agent 2:** | | **List Price:** | $419,000 |
| **Closed Date:** | 8/22/2019 | **Market Time:** | 20 | **Sale Price:** | $418,500 |
| | | | | **Seller Concession:** | |

© Copyrighted by MID Hudson MLS, 2019 - All information, regardless of source, including square footages and lot sizes, is deemed reliable but is not guaranteed and should be verified by personal inspection by and/or with the appropriate professional(s).

**COMPARABLE SALE 2**

Comparable Sale 2 - Page 1 of 2

Agent Full                                                                 Page 1 of 2

**LORI KAVANAGH**                    **Residential Detached**           **12/23/2019  4:35 P.M.**

**95 MEMORY TRL, LAGRANGEVILLE, NY 12540**      I T R H M D [home]      S          **$435,000**



| | | |
|---|---|---|
| Listing #: | 377587 | BRs & Bths: | 4 | 2/1 |
| County: | DUT | Exterior: | Vinyl |
| Post Office: | LAGRANGEVILLE | Color: | |
| Township: | La Grange | Sub-Type: | SF |
| Zip Code: | 12540- | Style: | Colonial |
| Subdivision: | DUTCHESS FARM | Year Built: | 1998 |
| | | Above Grnd SF: | 2437 |
| School Dist: | ARLINGTON CENTRAL | Below Grnd SF: | 1171 |
| - High Sch: | ARLINGTON HIGH SCHOOL | Finished SF: | 2437 |
| - Middle Sch: | UNION VALE MIDDLE | Unfinished SF: | 1171 |
| - Elem Sch: | NOXON ROAD ELEMENTARY SCHOOL | Total Square Feet: | 3608 |
| - Other Sch: | | Square Ft Source: | Public Records |
| Property Id #: | 1334000064600003460106000 | MBR 1st Level: | N |
| New Const: | | | |

---

**Directions**

Stringham Rd. to Memory Trail, on right sign on.

Map Page:                                                    Mapping:

| Room | Dimensions | Level | Room Sqft | Description | | Room Count |
|------|-----------|-------|-----------|-------------|---|------------|
| Living Room: | 12 X 18 | 1 | | Hard Wood Floor | | # Rooms: | 8 |
| Dining Room: | 12 X 14 | 1 | | Hard Wood Floor | | # Bedrooms: | 4 |
| Family Room: | 15 X 19 | 1 | | Fireplace, Wall to Wall Carpet | | Full Baths: | 2 |
| Den: | | | | | | Half Baths: | 1 |
| Kitchen: | 15 X 23 | 1 | | Hard Wood Floor | | Total Baths: | 2/1 |
| Master Bdrm: | 12 X 18 | 2 | | Walk-in Closet, Wall to Wall Carpet | | | |
| Bedroom 1: | | | | | | # Of Stories: | 2 |
| Bedroom 2: | 11 X 12 | 2 | | Wall to Wall Carpet | | Hcp Mod: | |
| Bedroom 3: | 10 X 12 | 2 | | Wall to Wall Carpet | | # Fireplaces: | |
| Bedroom 4: | 11 X 12 | 2 | | Wall to Wall Carpet | | Warranty: | |
| Master Bath: | | 2 | | Ceramic Tile Floor | | | |
| Bathroom1: | | 1 | | Ceramic Tile Floor | | Basement: | |
| Bathroom 2: | | 2 | | Ceramic Tile Floor | | FULL UNFINISHED | |
| Bathroom 3: | | | | | | | |
| Library: | | | | | | Level 1 Desc: | |
| Game Room: | | | | | | LR,DR,KIT,FR,1/2 BATH | |
| Play Room: | | | | | | | |
| Media Room: | | | | | | Level 2 Desc: | |
| Office: | | | | | | MBR,MBA,3BRS,BATH, BONUS ROOM | |
| In-Law Apt: | | | | | | | |
| Loft: | 14 X 20 | 2 | | Wall to Wall Carpet | | Level 3 Desc: | |
| Foyer: | | | | | | | |
| Sunroom: | | | | | | Other Rooms: | |
| Workshop: | | | | | | | |
| Laundry: | | | | | | | |
| Other: | | | | | | | |

---

**Features**

| | | | |
|---|---|---|---|
| Acceptable Fin: | Cash, Conventional, FHA | Amenities: | |
| Construction: | Frame, Wood | Heating: | Forced Air, Oil |
| Electricity: | 110 Volts, 200+ Amps, 220 Volts, Circuit Breakers | Cooling: | Ceiling Fan, Central Air, Zoned |
| Roof: | Asphalt Shingles | Farms / Estates: | |
| Foundation: | Block | Water / Sewer: | City Water, Septic |
| Parking/Garage: | Off Street, A 2Car Gar | Miscellaneous: | |
| Exterior Feat: | Deck, Landscape, Outside Lighting, Storage Shed/Out Bldg | Other: | |
| Interior Feat: | 9+ Foot Ceilings, Electric dryer connection, Electric stove connection, Master Bath, Sliding Glass Doors, Vaulted Ceilings, Walk-In Closets, Washer connection | | |
| Basement: | Concrete floor, Full, Interior access, Unfinished | | |
| Appliances: | Dishwasher, Freezer, Range, Refrigerator | | |
| Flooring: | Ceramic Tile, Wall to Wall Carpet, Wood | | |
| Equipment: | Cable Available, Cable Ready, Ceiling Fan, Garage Door Opener, Smoke Detectors, Carbon Monoxide Detector | | |
| Lot Dim: | | Land Use: | 210 | Acres: | 0.93 |
| Waterfront: | | View Desc: | | Zoning: | R40 |
| Lot Desc: | Corner, Level | Fence: | | Near or In Ag Dist: | N |

Comparable Sale 2 - Page 2 of 2

Agent Full                                                                                                                    Page 2 of 2

--- **Remarks** ---

Location, location, location, you won't want to miss this 4-5 bedroom colonial on a large level corner lot! The kitchen, dining area and great room open up to a huge two tier deck for summer parties. Close to highways, schools, shopping ... Nothing to do but move in!

### Financial / Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| Tax Amount: | $12,144 | School Tax: | $8,167 | Hyde Pk F/W Tax: | |
| Land Tax: | $3,977 | Village Tax: | $0 | Real Tax: | |
| Assess Value: | $372,500 | Tax Year: | 2018 | Exemption: | Star Program |
| HO Association: | N | Negotiate Through: | LBRKR | Sub Agent Comp: | 2.5% |
| HOA Fee: | | HOA Contact: | | Buyer's Agent Comp: | 2.5% |
| HOA Fee Includes: | | | | Broker s Agent Comp: | 2.5% |
| Foreclosure: | N | Short Sale: | N | | |

### Office Information

| | | | | | |
|---|---|---|---|---|---|
| List Office: | SERLLG | List Office Name: | BHHS HUDSON VALLEY PROPER | List Office Phone: | 845 473-1650 |
| List Agent Code: | 5296 | List Agent Name: | PHIL MESSINA | List Agent Phone: | 845 224-8344 |
| List Agent 2 Code: | | List Agent 2 Name: | | List Agent 2 Phone: | |
| Buy Agent Auth: | Y | Owner Name: | MARK SPINOZZA | Appointment Phone: | 8454731650 |
| Date Listing Rec: | | Off Market Date: | 3/6/2019 | Listing Type: | ER |
| Listing Date: | 1/3/2019 | Update Date: | 04/11/2019 | | |
| Show Instructions: | Appointment Required, Call List Office | | | List Agent Email: | phil@messinahomes.com |
| Lock Box Desc: | COMBO | | | Occupied: | O |

### Confidential Remarks

Freezer and shelves in basement stay

### Additional Information

| | | | | | |
|---|---|---|---|---|---|
| Selling Office: | HOULIHAN LAWRENCE INC. | Selling Agent: | SUZANNE DeCOSTA | Original Price: | $449,900 |
| Closing Forms: | | Selling Agent 2: | | List Price: | $449,900 |
| Closed Date: | 4/10/2019 | Market Time: | 62 | Sale Price: | $435,000 |
| | | | | Seller Concession: | |

© Copyrighted by MID Hudson MLS, 2019 - All information, regardless of source, including square footages and lot sizes, is deemed reliable but is not guaranteed and should be verified by personal inspection by and/or with the appropriate professional(s).

**COMPARABLE SALE 3**



## Comparable Sale 3 - Page 1 of 2

Agent Full                                                                                    Page 1 of 2

**LORI KAVANAGH**                          Residential Detached                    12/23/2019  4:36 P.M.

**29 HUCKLEBERRY LN , HOPEWELL JUNCTION, NY 12533**                    I T R H H D          S                $460,000



Gorgeous, Ideal Commute

| | | | |
|---|---|---|---|
| Listing #: | 379454 | BRs & Bths: | 4        2/1 |
| County: | DUT | Exterior: | Wood |
| Post Office: | HOPEWELL JUNCTION | Color: | GREEN |
| Township: | East Fishkill | Sub-Type: | SF |
| Zip Code: | 12533- | Style: | Colonial, Contemporary |
| Subdivision: | COVERED BRIDGE | Year Built: | 1995 |
| | | Above Grnd SF: | 2136 |
| School Dist: | ARLINGTON CENTRAL | Below Grnd SF: | 500 |
| - High Sch: | ARLINGTON HIGH SCHOOL | Finished SF: | 2136 |
| - Middle Sch: | UNION VALE MIDDLE | Unfinished SF: | 500 |
| - Elem Sch: | NOXON ROAD ELEMENTARY SCHOOL | Total Square Feets: | 2636 |
| - Other Sch: | | Square Ft Source: | Public Records |
| Property Id #: | 132800006559000311023000000 | MBR 1st Level: | N |
| New Const: | | | |

### Directions

Taconic Pkwy to Rte 82 South, to Cranberry Drive, Enter Covered Bridge, Left onto Huckleberry, #29 on Left.

Map Page:                                                              Mapping:

| Room | Dimensions | Level | Room Sqft | Description | Room Count | |
|---|---|---|---|---|---|---|
| Living Room: | | 1 | | Ceiling Fans, Hard Wood Floor | # Rooms: | 8 |
| Dining Room: | | 1 | | Hard Wood Floor | # Bedrooms: | 4 |
| Family Room: | | 1 | | Balcony/Deck, Fireplace, Hard Wood Floor | Full Baths: | 2 |
| Den: | | | | | Half Baths: | 1 |
| Kitchen: | | 1 | | Ceramic Tile Floor, Dining Area | Total Baths: | 2/1 |
| Master Bdrm: | | 2 | | Ceiling Fans, Walk-in Closet, Wall to Wall Carpet | | |
| Bedroom 1: | | | | | # Of Stories: | 2 |
| Bedroom 2: | | 2 | | Ceiling Fans, Wall to Wall Carpet | Hcp Mod: | N |
| Bedroom 3: | | 2 | | Ceiling Fans, Wall to Wall Carpet | # Fireplaces: | 1 |
| Bedroom 4: | | 2 | | Ceiling Fans, Wall to Wall Carpet | Warranty: | |
| Master Bath: | | 2 | | Ceramic Tile Floor | | |
| Bathroom1: | | | | | Basement: | |
| Bathroom 2: | | 2 | | Ceramic Tile Floor | POSS. GAME/EXERCISE RM OR M/D STE, UTILITIES, 2-CAR GARAGE | |
| Bathroom 3: | | 1 | | Ceramic Tile Floor | | |
| Library: | | | | | Level 1 Desc: | |
| Game Room: | | | | | FOYER, EAT-IN KIT, DINING RM, FAMILY RM, LIV RM, HALF BATH | |
| Play Room: | | | | | | |
| Media Room: | | | | | Level 2 Desc: | |
| Office: | | | | | MASTER BR, MASTER BATH, PLUS 3 BEDROOMS & FULL BATH, LAUNDRY | |
| In-Law Apt: | | | | | | |
| Loft: | | | | | Level 3 Desc: | |
| Foyer: | | 1 | | Ceramic Tile Floor | ALSO: A DET. 1-CAR GARAGE W/2ND LEVEL FOR WORK SHOP, STORAGE | |
| Sunroom: | | | | | Other Rooms: | |
| Workshop: | | | | | Breakfast Nook, Family Room, Formal Dining Room, Foyer, Great Room, Laundry/Util. Room, Pantry, Rec/Play Room, Workshop | |
| Laundry: | | | | | | |
| Other: | | | | | | |

### Features

| | | | |
|---|---|---|---|
| | | Amenities: | |
| Acceptable Fin: | Cash, Conventional | Heating: | Forced Air, Oil |
| Construction: | Block, Frame, Wood | Cooling: | Ceiling Fan, Central Air |
| Electricity: | 200+ Amps | Farms / Estates: | |
| Roof: | Asphalt Shingles | Water / Sewer: | Private water, Septic |
| Foundation: | Block | Miscellaneous: | |
| Parking/Garage: | 3+ Cars, Detached, Garage, Under | Other: | |
| Exterior Feat: | Deck, Landscaped | | |
| Interior Feat: | 9+ Foot Ceilings, Master Bath, Sliding Glass Doors, Some Window Treatments, Vaulted Ceilings, Walk-In Closets, Washer connection | | |
| Basement: | Full, Garage access, Interior access | | |
| Appliances: | Dishwasher, Dryer, Range, Refrigerator, Washer, Water Softener | | |
| Flooring: | Ceramic Tile, Wall to Wall Carpet | | |

## Comparable Sale 3 - Page 2 of 2

Agent Full                                                                                           Page 2 of 2

| | | | | |
|---|---|---|---|---|
| **Equipment:** | Cable Available, Central Vacuum, Smoke Detectors, Carbon Monoxide Detector | | | |
| **Lot Dim:** | | **Land Use:** | | **Acres:** 1.37 |
| **Waterfront:** | | **View Desc:** | | **Zoning:** |
| **Lot Desc:** | Level, Wooded | **Fence:** | Privacy | **Near or In Ag Dist:** N |

**Remarks**

Meticulously maintained and upgraded 4-BR colonial in the much-desired Covered Bridge Farm community is just 2 minutes from the Taconic State Parkway, and less than an hour north of Manhattan for an ideal commute. The open floor plan greets you with a welcoming entry foyer, formal living room, formal dining room, eat in kitchen, family room w/wood burning fireplace, four bedrooms including a master bedroom suite with tray ceiling, walk-in closet, & an updated master bathroom w/granite, double vanity & antique claw-foot tub. Outstanding features include a new kitchen w/granite and solid-cherry cabinets, a brand new roof, hardwood flooring, updated powder room and upstairs hall bathroom, with granite, artist-designed stained glass accents, central A/C, central Vac, everything freshly re-painted. The home sits on a large, level lot and boasts three garages, two attached and one detached with a 2nd level for storage and plenty of room for a workshop. The home's lower level offers additional space for a possible game room or exercise room, or even an in-law suite. Beautifully landscaped with a Perennial Garden, McIntosh, Peach and Maple trees, Wisteria, Rhododendrons, Boxwood, Holly and Roses, to mention a few. Your dream home awaits. Nothing to do but move right in. Please come take a look. You will not be disappointed.

**Financial / Transaction Information**

| | | | | | |
|---|---|---|---|---|---|
| **Tax Amount:** | $10,353 | **School Tax:** | $7,817 | **Hyde Pk F/W Tax:** | |
| **Land Tax:** | $2,536 | **Village Tax:** | $0 | **Real Tax:** | |
| **Assess Value:** | $328,800 | **Tax Year:** | 2018 | **Exemption:** | None |
| **HO Association:** | N | **Negotiate Through:** | LBRKR | **Sub Agent Comp:** | 0 |
| **HOA Fee:** | | **HOA Contact:** | | **Buyer's Agent Comp:** | 2.5 |
| **HOA Fee Includes:** | | | | **Broker s Agent Comp:** | 0 |
| **Foreclosure:** | N | **Short Sale:** | N | | |

**Office Information**

| | | | | | |
|---|---|---|---|---|---|
| **List Office:** | SERLLG | **List Office Name:** | BHHS HUDSON VALLEY PROPER | **List Office Phone:** | 845 473-1650 |
| **List Agent Code:** | 5935 | **List Agent Name:** | CONNIE GRAY | **List Agent Phone:** | 845 242-2655 |
| **List Agent 2 Code:** | 6313 | **List Agent 2 Name:** | DIANA M CIANCHETTA | **List Agent 2 Phone:** | 845 235-0998 |
| **Buy Agent Auth:** | Y | **Owner Name:** | NASTASI | **Appointment Phone:** | 8454731650 |
| **Date Listing Rec:** | | **Off Market Date:** | 5/21/2019 | **Listing Type:** | ER |
| **Listing Date:** | 3/25/2019 | **Update Date:** | 05/29/2019 | | |
| **Show Instructions:** | Appointment Required, Call List Office | | | **List Agent Email:** | cgray@bhhshudsonvalley.com |
| **Lock Box Desc:** | COMBO | | | **Occupied:** | O |

**Confidential Remarks**

Please give as much advance notice for showings as possible, preferably 24 hours.

**Additional Information**

| | | | | | |
|---|---|---|---|---|---|
| **Selling Office:** | NON MEMBER OFFICE | **Selling Agent:** | NON MEMBER | **Original Price:** | $474,900 |
| **Closing Forms:** | | **Selling Agent 2:** | | **List Price:** | $474,900 |
| **Closed Date:** | 5/29/2019 | **Market Time:** | 57 | **Sale Price:** | $460,000 |
| | | | | **Seller Concession:** | |

© Copyrighted by MID Hudson MLS, 2019 - All information, regardless of source, including square footages and lot sizes, is deemed reliable but is not guaranteed and should be verified by personal inspection by and/or with the appropriate professional(s).

**COMPARABLE LISTING 1**



Comparable Listing 1 - Page 1 of 2

---

Agent Full                                                                    Page 1 of 2

**LORI KAVANAGH**                    **Residential Detached**              **12/23/2019  4:38 P.M.**

**68 ALLEY RD, LAGRANGEVILLE, NY 12540**     I T R H N D 🏠    **A**              **$450,000**



|  |  |  |  |
|---|---|---|---|
| **Listing #:** | 386795 | **BRs & Bths:** | 4    4/1 |
| **County:** | DUT | **Exterior:** | Vinyl |
| **Post Office:** | LAGRANGEVILLE | **Color:** | |
| **Township:** | La Grange | **Sub-Type:** | SF |
| **Zip Code:** | 12540- | **Style:** | Contemporary |
| **Subdivision:** | NONE | **Year Built:** | 1988 |
| | | **Above Grnd SF:** | 3300 |
| **School Dist:** | ARLINGTON CENTRAL | **Below Grnd SF:** | 0 |
| **- High Sch:** | ARLINGTON HIGH SCHOOL | **Finished SF:** | 3300 |
| **- Middle Sch:** | UNION VALE MIDDLE | **Unfinished SF:** | 0 |
| **- Elem Sch:** | VAIL FARM ELEMENTARY | **Total Square Feet:** | 3300 |
| **- Other Sch:** | | **Square Ft Source:** | Approximate |
| **Property Id #:** | 13340000656000012195280000 | **MBR 1st Level:** | N |
| **New Const:** | | | |

True Contemporary on 4 A

---

**Directions**

East Noxon Rd to Todd Hill to Alley Rd. Sign on.#68 can not see house from the road

**Map Page:**                                                          **Mapping:**

| Room | Dimensions | Level | Room Sqft | Description |
|---|---|---|---|---|
| Living Room: | | | | |
| Dining Room: | | | | |
| Family Room: | | | | |
| Den: | | | | |
| Kitchen: | | | | |
| Master Bdrm: | | | | |
| Bedroom 1: | | | | |
| Bedroom 2: | | | | |
| Bedroom 3: | | | | |
| Bedroom 4: | | | | |
| Master Bath: | | | | |
| Bathroom1: | | | | |
| Bathroom 2: | | | | |
| Bathroom 3: | | | | |
| Library: | | | | |
| Game Room: | | | | |
| Play Room: | | | | |
| Media Room: | | | | |
| Office: | | | | |
| In-Law Apt: | | | | |
| Loft: | | | | |
| Foyer: | | | | |
| Sunroom: | | | | |
| Workshop: | | | | |
| Laundry: | | | | |
| Other: | | | | |

**Room Count**

| | |
|---|---|
| **# Rooms:** | 9 |
| **# Bedrooms:** | 4 |
| **Full Baths:** | 4 |
| **Half Baths:** | 1 |
| **Total Baths:** | 4/1 |
| **# Of Stories:** | 2 |
| **Hcp Mod:** | N |
| **# Fireplaces:** | 2 |
| **Warranty:** | Y |

**Basement:**
(STEP DOWN NOT BASEMENT) OFFICE, LIBRARY, GUEST RM, FULL B

**Level 1 Desc:**
EF, EIK W FAMILY AREA W FP, LDRY, B

**Level 2 Desc:**
FAMILY ROOM,MBR EN SUITE,2 ADDITIONAL BR'S,TURRETED OFFICE,B

**Level 3 Desc:**

**Other Rooms:**
Breakfast Nook, Foyer, Great Room, Laundry/Util. Room, Library/Study, Office/Computer Rm, Workshop

---

**Features**

| | | | |
|---|---|---|---|
| **Acceptable Fin:** | Cash, Conventional | **Amenities:** | Pool |
| **Construction:** | Frame | **Heating:** | Radiant, Solar Panels (Owned), Wall Unit(s) |
| **Electricity:** | 200+ Amps, Circuit Breakers | **Cooling:** | Other |
| **Roof:** | Asphalt Shingles | **Farms / Estates:** | Barn |
| **Foundation:** | | **Water / Sewer:** | Well |
| **Parking/Garage:** | 2 Cars, Detached | **Miscellaneous:** | |
| **Exterior Feat:** | Barn, Deck, Inground Pool, Outside Lighting | **Other:** | Listed in Another MLS |
| **Interior Feat:** | | | |
| **Basement:** | None | | |
| **Appliances:** | Dishwasher, Refrigerator, Wall Oven | | |
| **Flooring:** | Wall to Wall Carpet, Wood, Marble Floor | | |
| **Equipment:** | Cable Available, Smoke Detectors | | |
| **Lot Dim:** | | **Land Use:** | 210 | **Acres:** | 4 |
| **Waterfront:** | Pond | **View Desc:** | Park-Like | **Zoning:** | R120 |

---

Comparable Listing 1 - Page 2 of 2

Agent Full                                                                                               Page 2 of 2

| **Lot Desc:** | | **Fence:** | Partial | **Near or In Ag Dist:** | N |
|---|---|---|---|---|---|

**Remarks**

A rare find this 3300 sq.ft. contemporary offers 4 Bedrooms, 4 1/2 Baths on 4 acres with a Barn and a Pond. Inspired by the beauty of the landscape in the Frank Lloyd Wright tradition by a student of a student directly trained by the famous Architect this home is a one of a kind true contemporary. Splashes of natural light,soaring ceilings, turreted offices, Barn w a half bath & electric add to the uniqueness this special property offers. The beautiful Hudson Valley offers walking Rail Trails (crossing the Hudson River) fresh farm stands, breweries, farm to table eateries, apple orchards, art venues, historic sites, multiple golf courses and more just a short trip away. One year American Homeshield Warranty. Easy run to Hospitals & I-84/684.

**Financial / Transaction Information**

| **Tax Amount:** | $15,420 | **School Tax:** | $10,456 | **Hyde Pk F/W Tax:** | |
|---|---|---|---|---|---|
| **Land Tax:** | $4,964 | **Village Tax:** | $0 | **Real Tax:** | |
| **Assess Value:** | $466,400 | **Tax Year:** | 2018 | **Exemption:** | Star Program |
| **HO Association:** | N | **Negotiate Through:** | LBRKR | **Sub Agent Comp:** | 0% |
| **HOA Fee:** | | **HOA Contact:** | | **Buyer's Agent Comp:** | 2.5% |
| **HOA Fee Includes:** | | | | **Broker s Agent Comp:** | 2.5% |
| **Foreclosure:** | N | **Short Sale:** | N | | |

**Office Information**

| **List Office:** | SERLEF | **List Office Name:** | BHHS HUDSON VALLEY PROPER | **List Office Phone:** | 845 227-8510 |
|---|---|---|---|---|---|
| **List Agent Code:** | 3284 | **List Agent Name:** | BONNIE CHRISTMAN | **List Agent Phone:** | 845 325-3420 |
| **List Agent 2 Code:** | | **List Agent 2 Name:** | | **List Agent 2 Phone:** | |
| **Buy Agent Auth:** | Y | **Owner Name:** | RAYMOND J RAYMOND | **Appointment Phone:** | 845.227.8510 |
| **Date Listing Rec:** | | **Off Market Date:** | | **Listing Type:** | ER |
| **Listing Date:** | 11/16/2019 | **Update Date:** | 11/24/2019 | | |
| **Show Instructions:** | Appointment Required, Call List Office | | | **List Agent Email:** | bchristman@bhhshudsonvalley.com |
| **Lock Box Desc:** | COMBO | | | **Occupied:** | O |

**Confidential Remarks**

Home will need some attention to detail. Pls lock front door only when leaving. Solar Panels owned (for HW only)Pls see Highlights under documents

**Additional Information**

| **Selling Office:** | | **Selling Agent:** | | **Original Price:** | $450,000 |
|---|---|---|---|---|---|
| **Closing Forms:** | | **Selling Agent 2:** | | **List Price:** | $450,000 |
| **Closed Date:** | | **Market Time:** | 37 | **Sale Price:** | |
| | | | | **Seller Concession:** | |

© Copyrighted by MID Hudson MLS, 2019 - All information, regardless of source, including square footages and lot sizes, is deemed reliable but is not guaranteed and should be verified by personal inspection by and/or with the appropriate professional(s).

**COMPARABLE LISTING 2**



Comparable Listing 2 - Page 1 of 2

Agent Full                                                                    Page 1 of 2

**LORI KAVANAGH**                    **Residential Detached**                    **12/23/2019  4:40 P.M.**

**30 30 ROLLING GREEN LAN , WAPPINGERS FALLS, NY 12590**    I T R H N D    **A**    **$465,000**



| | | | |
|---|---|---|---|
| Listing #: | 387015 | BRs & Bths: | 4      2/1 |
| County: | DUT | Exterior: | Vinyl |
| Post Office: | WAPPINGERS FALLS | Color: | |
| Township: | East Fishkill | Sub-Type: | SF |
| Zip Code: | 12590- | Style: | Dutch Colonial |
| Subdivision: | ROLLING HILLS | Year Built: | 1986 |
| | | Above Grnd SF: | 2592 |
| School Dist: | WAPPINGERS CENTRAL | Below Grnd SF: | 546 |
| - High Sch: | JOHN JAY SENIOR HIGH SCHOOL | Finished SF: | 3138 |
| - Middle Sch: | VAN WYCK JUNIOR HIGH SCHOOL | Unfinished SF: | 0 |
| - Elem Sch: | FISHKILL PLAINS ELEMENTARY SCHOOL | Total Square Feet: | 3138 |
| - Other Sch: | | Square Ft Source: | Measured |
| Property Id #: | 132800006459000048073500000 | MBR 1st Level: | N |
| New Const: | | | |

---
**Directions**

Take Noxon Road exit off Taconic. Left on Noxon, left on Arthursburg, right on Hillside Lake, left on Rolling Green. Last house on the right. No sign.2 hours notice.

**Map Page:**                                                                    **Mapping:**

| Room | Dimensions | Level | Room Sqft | Description | | Room Count | |
|---|---|---|---|---|---|---|---|
| Living Room: | | | | | | # Rooms: | 10 |
| Dining Room: | | | | | | # Bedrooms: | 4 |
| Family Room: | | | | | | Full Baths: | 2 |
| Den: | | | | | | Half Baths: | 1 |
| Kitchen: | | | | | | Total Baths: | 2/1 |
| Master Bdrm: | | | | | | | |
| Bedroom 1: | | | | | | # Of Stories: | 3 |
| Bedroom 2: | | | | | | Hcp Mod: | |
| Bedroom 3: | | | | | | # Fireplaces: | 1 |
| Bedroom 4: | | | | | | Warranty: | |
| Master Bath: | | | | | | | |
| Bathroom1: | | | | | | Basement: | |
| Bathroom 2: | | | | | | | |
| Bathroom 3: | | | | | | | |
| Library: | | | | | | Level 1 Desc: | |
| Game Room: | | | | | | | |
| Play Room: | | | | | | | |
| Media Room: | | | | | | Level 2 Desc: | |
| Office: | | | | | | | |
| In-Law Apt: | | | | | | | |
| Loft: | | | | | | Level 3 Desc: | |
| Foyer: | | | | | | | |
| Sunroom: | | | | | | Other Rooms: | |
| Workshop: | | | | | | Family Room, Foyer, Laundry/Util. Room, Office/Computer Rm, Rec/Play Room | |
| Laundry: | | | | | | | |
| Other: | | | | | | | |

---
**Features**

| | | | |
|---|---|---|---|
| | | Amenities: | |
| Acceptable Fin: | Conventional | Heating: | Electric, Solar Panels (Not-Owned/Leased) |
| Construction: | Block, Frame | Cooling: | Central Air |
| Electricity: | | Farms / Estates: | |
| Roof: | Asphalt Shingles | Water / Sewer: | Septic, Well |
| Foundation: | Block | Miscellaneous: | |
| Parking/Garage: | Attached, A 2Car Gar | Other: | Listed in Another MLS |
| Exterior Feat: | Gazebo, Inground Pool, Landscaped, Outside Lighting, Patio, Porch | | |
| Interior Feat: | Master Bath, Sliding Glass Doors, Walk-In Closets | | |
| Basement: | Full, Partially finished | | |
| Appliances: | Dishwasher, Dryer, Freezer, Microwave, Range, Refrigerator, Wall Oven, Washer, Water Softener | | |
| Flooring: | | | |
| Equipment: | Cable Ready, Ceiling Fan, Garage Door Opener, Security System, Smoke Detectors, Carbon Monoxide Detector | | |
| Lot Dim: | | Land Use: | | Acres: | 1.86 |
| Waterfront: | | View Desc: | Mountain | Zoning: | |

## Comparable Listing 2 - Page 2 of 2

Agent Full                                                                                   Page 2 of 2

**Lot Desc:**    Corner, Cul de Sac, Level,    **Fence:**    Other      **Near or In Ag Dist:**    N
Privacy, Views

### Remarks

Welcome to 30 Rolling Green. Beautiful solar heated Colonial sits on a private Cul-de-Sac with a large backyard continuing into the woods. Large master suite with walk in closet and its own bathroom, plus 3 bedrooms & 2 bathrooms completes the upstairs. On the main floor, you'll find a living room, family room leading into the dining room, eat in kitchen and a half bath with a dedicated laundry room leading to attached two car garage. The finished basement acts as a recreation room with a brand new bar & ample storage. Outdoors, we have a 16x32 fenced in ground pool w/seasonal gazebo and brand new deck. Brand new central air system, brand new stone walkway to pool, brand new outdoor patio area. Less than 5 minutes away from the Taconic State Parkway!

### Financial / Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| **Tax Amount:** | | **School Tax:** | $0 | **Hyde Pk F/W Tax:** | |
| **Land Tax:** | $0 | **Village Tax:** | $0 | **Real Tax:** | |
| **Assess Value:** | $9,630 | **Tax Year:** | 2018 | **Exemption:** | Star Program |
| **HO Association:** | N | **Negotiate Through:** | LBRKR | **Sub Agent Comp:** | 0 |
| **HOA Fee:** | | **HOA Contact:** | | **Buyer's Agent Comp:** | 2% |
| **HOA Fee Includes:** | | | | **Broker s Agent Comp:** | 0 |
| **Foreclosure:** | N | **Short Sale:** | N | | |

### Office Information

| | | | | | |
|---|---|---|---|---|---|
| **List Office:** | KPARYH | **List Office Name:** | KELLER WILLIAMS REALTY PA | **List Office Phone:** | 914 962-0007 |
| **List Agent Code:** | 10364 | **List Agent Name:** | DOMINICK DIFILIPPO | **List Agent Phone:** | 914 450-1185 |
| **List Agent 2 Code:** | | **List Agent 2 Name:** | | **List Agent 2 Phone:** | |
| **Buy Agent Auth:** | Y | **Owner Name:** | DIFILIPPO | **Appointment Phone:** | 8007469464 |
| **Date Listing Rec:** | | **Off Market Date:** | | **Listing Type:** | EA |
| **Listing Date:** | 11/28/2019 | **Update Date:** | 12/06/2019 | | |
| **Show Instructions:** | Appointment Required, Use ShowingTime | | | **List Agent Email:** | difilippo@kw.com |
| **Lock Box Desc:** | COMBO | | | **Occupied:** | O |

### Confidential Remarks

No sign. 30 Rolling Green is at the end of the cul-de-sac on Rolling Green Lane. 2 hour notice for showings.

### Additional Information

| | | | | | |
|---|---|---|---|---|---|
| **Selling Office:** | | **Selling Agent:** | | **Original Price:** | $465,000 |
| **Closing Forms:** | | **Selling Agent 2:** | | **List Price:** | $465,000 |
| **Closed Date:** | | **Market Time:** | 25 | **Sale Price:** | |
| | | | | **Seller Concession:** | |

© Copyrighted by MID Hudson MLS, 2019 - All information, regardless of source, including square footages and lot sizes, is deemed reliable but is not guaranteed and should be verified by personal inspection by and/or with the appropriate professional(s).

**COMPARABLE LISTING 3**



Agent Full                                                                                          Page 1 of 2

**LORI KAVANAGH**                                    **Residential Detached**                          **12/23/2019  4:43 P.M.**

**36 RYMPH , LAGRANGEVILLE, NY 12540**                                    **A**                            **$474,600**



| | | |
|---|---|---|
| Listing #: | 386019 | |
| County: | DUT | |
| Post Office: | LAGRANGEVILLE | |
| Township: | La Grange | |
| Zip Code: | 12540- | |
| Subdivision: | NONE | |
| School Dist: | ARLINGTON CENTRAL | |
| - High Sch: | ARLINGTON HIGH SCHOOL | |
| - Middle Sch: | UNION VALE MIDDLE | |
| - Elem Sch: | NOXON ROAD ELEMENTARY SCHOOL | |
| - Other Sch: | | |
| Property Id #: | 1334000065600003088166000 | |
| New Const: | | |

| | |
|---|---|
| BRs & Bths: | 4        3/0 |
| Exterior: | Wood |
| Color: | |
| Sub-Type: | SF |
| Style: | Cape Cod, Log |
| Year Built: | 2004 |
| Above Grnd SF: | 2268 |
| Below Grnd SF: | 1728 |
| Finished SF: | 2268 |
| Unfinished SF: | 1728 |
| Total Square Feet: | 3996 |
| Square Ft Source: | Public Records |
| MBR 1st Level: | Y |

Open House 11/3 12-2:30

---

**Directions**

Taconic Park way to Right on E.Noxon Rd to Left on Rymph Rd to #36 on Right

Map Page:                                                                        Mapping:

| Room | Dimensions | Level | Room Sqft | Description |
|---|---|---|---|---|
| Living Room: | | | | |
| Dining Room: | | | | |
| Family Room: | | | | |
| Den: | | | | |
| Kitchen: | | | | |
| Master Bdrm: | | | | |
| Bedroom 1: | | | | |
| Bedroom 2: | | | | |
| Bedroom 3: | | | | |
| Bedroom 4: | | | | |
| Master Bath: | | | | |
| Bathroom1: | | | | |
| Bathroom 2: | | | | |
| Bathroom 3: | | | | |
| Library: | | | | |
| Game Room: | | | | |
| Play Room: | | | | |
| Media Room: | | | | |
| Office: | | | | |
| In-Law Apt: | | | | |
| Loft: | | | | |
| Foyer: | | | | |
| Sunroom: | | | | |
| Workshop: | | | | |
| Laundry: | | | | |
| Other: | | | | |

| Room Count | |
|---|---|
| # Rooms: | 8 |
| # Bedrooms: | 4 |
| Full Baths: | 3 |
| Half Baths: | 0 |
| Total Baths: | 3/0 |
| # Of Stories: | 2 |
| Hcp Mod: | |
| # Fireplaces: | |
| Warranty: | |
| Basement: | |
| Level 1 Desc: | KTCH, 3 BDR (MST BR) 2BTH, FMLY + DIN RM, SLDR TO DECK |
| Level 2 Desc: | ADDITIONAL MASTER BEDROOM, FULL BATH |
| Level 3 Desc: | |
| Other Rooms: | |

---

**Features**

| | |
|---|---|
| Acceptable Fin: | Cash, Conventional, FHA |
| Construction: | Frame, Log |
| Electricity: | |
| Roof: | Asphalt Shingles |
| Foundation: | |
| Parking/Garage: | A 3+Car Gar |
| Exterior Feat: | Aboveground Pool, Deck, Hot Tub, Landscaped, Outside Lighting, Porch |
| Interior Feat: | Master Bath, Vaulted Ceilings, Walk-In Closets |
| Basement: | Full |
| Appliances: | Dishwasher, Dryer, Microwave, Range, Refrigerator, Washer, Water Softener |
| Flooring: | Ceramic Tile, Tile, Wall to Wall Carpet, Wood |
| Equipment: | |
| Lot Dim: | |
| Waterfront: | |
| Lot Desc: | Level, Privacy, Sloping, |

| | |
|---|---|
| Amenities: | |
| Heating: | Forced Air, Oil |
| Cooling: | Central Air |
| Farms / Estates: | |
| Water / Sewer: | Septic, Well |
| Miscellaneous: | |
| Other: | IAW (commission paid only If, As and When title passes) |
| | |
| Land Use: | |
| View Desc: | |
| Fence: | Chain Link |

| | |
|---|---|
| Acres: | 4.06 |
| Zoning: | |
| Near or In Ag Dist: | N |

## Comparable Listing 3 - Page 2 of 2

Agent Full                                                                                                 Page 2 of 2

Wooded

### Remarks

Welcome to this beautiful four bedroom, three bath custom log home in Lagrangeville, NY in the Arlington Central School District. This home exemplifies bringing the outdoors inside! Relax on your front wrap around porch with cedar decking. Once inside enjoy this completely open floor plan including a great room with cathedral ceilings. Eat-in kitchen has quartz countertop and stainless steel package. Extra large Anderson windows throughout home allows the sun to pour inside. Kitchen flows into sunroom. Sliders lead to composite deck including a hot tub and above ground pool. Small gated area for pets. Three bedrooms downstairs include a master bedroom. Additional master suite upstairs has two walk-in closets and large master bathroom with jacuzzi tub. All bathrooms have been recently updated. 3 car attached garage, 1 year old central air on main floor, and whole house humidifier. This private wooded home on 4.06 acres is only 1 minute off the Taconic! Make this a family compound with 34 Rymph Rd, 1812 farmhouse, mls #386013 also available. Don't miss out on this opportunity.

### Financial / Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| Tax Amount: | $9,167 | School Tax: | $6,103 | Hyde Pk F/W Tax: | |
| Land Tax: | $3,064 | Village Tax: | $0 | Real Tax: | |
| Assess Value: | $287,900 | Tax Year: | 2019 | Exemption: | Star Program |
| HO Association: | N | Negotiate Through: | LBRKR | Sub Agent Comp: | 0 |
| HOA Fee: | | HOA Contact: | | Buyer's Agent Comp: | 2.25% |
| HOA Fee Includes: | | | | Broker s Agent Comp: | 2.25% |
| Foreclosure: | N | Short Sale: | N | | |

### Office Information

| | | | | | |
|---|---|---|---|---|---|
| List Office: | INSPEF | List Office Name: | INSPIRE REALTY | List Office Phone: | 845 592-1092 |
| List Agent Code: | 1331 | List Agent Name: | GREGORY S PIKOR | List Agent Phone: | 845 702-3403 |
| List Agent 2 Code: | | List Agent 2 Name: | | List Agent 2 Phone: | |
| Buy Agent Auth: | Y | Owner Name: | KING | Appointment Phone: | 8457023403 |
| Date Listing Rec: | | Off Market Date: | | Listing Type: | ER |
| Listing Date: | 10/16/2019 | Update Date: | 12/20/2019 | | |
| Show Instructions: | Appointment Required | | | List Agent Email: | InspireRealtyNY@gmail.com |
| Lock Box Desc: | COMBO | | | Occupied: | O |

### Confidential Remarks

Text 845.702.3403 for appt. include agent id, brokerage, name and time. Owner prefers weekday showings after 4, weekends anytime. #34 Rymph also available mls #386013, 1812 Farmhouse.

### Additional Information

| | | | | |
|---|---|---|---|---|
| Selling Office: | | Selling Agent: | | Original Price: | $498,000 |
| Closing Forms: | | Selling Agent 2: | | List Price: | $474,600 |
| Closed Date: | | Market Time: | 68 | Sale Price: | |
| | | | | Seller Concession: | |

© Copyrighted by MID Hudson MLS, 2019 - All information, regardless of source, including square footages and lot sizes, is deemed reliable but is not guaranteed and should be verified by personal inspection by and/or with the appropriate professional(s).

Single Line MLS - Page 1 of 2

Mid-Hudson MLS Search Results                                                    Page 1 of 2

© Copyrighted by MID Hudson MLS, 2019 - All information, regardless of source, including square footages and lot sizes, is deemed reliable but is not guaranteed
and should be verified by personal inspection by and/or with the appropriate professional(s).

LORI KAVANAGH                                                                    12/23/2019 3:27:12 PM

**RESIDENTIAL DETACHED -ACTIVE**

| ML# | P | List Ofc | Address | Township | Price | BR | F / H | YrBlt | Finished SQFT |
|-----|---|----------|---------|----------|-------|----|----|-------|---------|
| 387158 | P6 | HOLALG | 26 S CROSS RD | La Grange | $325,000 | 4 | 3 / 0 | 1970 | 2788 |
| 383968 | P19 | CLASSO | 263 WALSH RD | Union Vale | $329,000 | 3 | 2 / 0 | 1972 | 2700 |
| 383256 | P12 | SERLEF | 41 SYLVAN LAKE ROAD | East Fishkill | $349,900 | 4 | 3 / 0 | 1967 | 2228 |
| 385968 | P17 | SERLFK | 11 RIDGE RD | East Fishkill | $359,900 | 3 | 2 / 1 | 2003 | 2240 |
| 386065 | P9 | HBUYPV | 49 WALSH RD | Union Vale | $369,000 | 3 | 2 / 1 | 1981 | 2386 |
| 386795 | P20 | SERLEF | 68 ALLEY RD | La Grange | $450,000 | 4 | 4 / 1 | 1988 | 3300 |
| 387015 | P30 | KPARYH | 30 30 ROLLING GREEN LAN | East Fishkill | $465,000 | 4 | 2 / 1 | 1986 | 3138 |
| 386019 | P30 | INSPEF | 36 RYMPH | La Grange | $474,600 | 4 | 3 / 0 | 2004 | 2268 |
| 382786 | P29 | SERLFK | 75 S SMITH RD | Union Vale | $675,000 | 4 | 2 / 1 | 2001 | 3216 |
| **9 ACTIVE** | | | | | | | | | |

**RESIDENTIAL DETACHED -CONTINGENT**

| ML# | P | List Ofc | Address | Township | Price | BR | F / H | YrBlt | Finished SQFT |
|-----|---|----------|---------|----------|-------|----|----|-------|---------|
| 386732 | P29 | KFORWF | 37 GALLE LANE | Union Vale | $299,900 | 3 | 2 / 0 | 1979 | 1818 |
| 380430 | P22 | HOLALG | 85 DARREN RD | Union Vale | $320,000 | 3 | 2 / 1 | 1975 | 2784 |
| **2 CONTINGENT** | | | | | | | | | |

**RESIDENTIAL DETACHED -PENDING SALE**

| ML# | P | List Ofc | Address | Township | Price | BR | F / H | YrBlt | Finished SQFT |
|-----|---|----------|---------|----------|-------|----|----|-------|---------|
| 385515 | P28 | SERLLG | 187 WALSH RD | Union Vale | $289,000 | 4 | 3 / 0 | 1972 | 2098 |
| 385045 | P30 | WILLWF | 33 EMANS RD | La Grange | $349,900 | 3 | 2 / 1 | 1987 | 2287 |
| 385575 | P27 | ALLIWF | 28 JOHNSON RD | La Grange | $359,000 | 3 | 2 / 1 | 1970 | 2288 |
| **3 PENDING SALE** | | | | | | | | | |

**RESIDENTIAL DETACHED -SOLD**

Single Line MLS - Page 2 of 2

Mid-Hudson MLS Search Results                                                    Page 2 of 2